SASSAN J. MASSERAT, SBN 231104
**MASSERAT LAW GROUP**
468 N. Camden Dr. Ste. 200
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile: (310) 943-2315

Attorneys for Plaintiff
AFTOMEDIA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFTOMEDIA, INC., a Canadian Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> AD.COM INTERACTIVE MEDIA, INC., a California Corporation ; ADMEDIA, INC., d/b/a AD.COM INTERACTIVE MEDIA, INC., a California Corporation; and DOES 1 through 30, inclusive. <br><br> Defendants. | CASE NO. 2:17-cv-06548-R (ASx) <br> Judge: Hon. Manuel L. Real <br><br> **JUDGMENT.** |

**PLEASE TAKE NOTICE THAT** on April 16, 2018 the Second Motion for Entry of Default Judgment (the "Motion") of plaintiff AFTOMEDIA, INC.s ("Plaintiff") came on hearing, against defendant AD.COM INTERACTIVE MEDIA, INC. d/b/a ADMEDIA, INC. ("Defendant"). Sassan Masserat, Esq. appeared on behalf of Plaintiff. Kavon Adli, Esq. appeared on behalf of Defendant. The Court called the matter for hearing and heard and considered the Motion and Defendant's opposition thereto.

Having considered the parties' briefs and evidence presented before the Court, on May 10, 2018 the Court granted the Motion [Docket No. 38]

///

///

///

---

1

**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Plaintiff AFTOMEDIA, INC.s ("Plaintiff") shall recover from defendant AD.COM INTERACTIVE MEDIA, INC. d/b/a ADMEDIA, INC. ("Defendant") the judgment as follows:

(a) Damages, in the amount of: $23,774.13

(b) Attorney's Fees, in the amount: $14,875.00

(c) Prejudgment Interest, in the amount of: $2,377 [1]

(d) Costs and Expenses, in the amount of: $891.00

**TOTAL** **$41,917.13**

There being no just reason for further delay, pursuant to Rules 54 and 55 of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to enter this Final Judgment forthwith and without further notice.

DATED: June 20, 2018

By: _____
**Hon. Manuel L. Real**
**U.S. District Court Judge**

---

[1] The sum of $6.51 per diem represents prejudgment interest accruing on the damages amount at the federal statutory rate of 10% per annum from May 2017 (i.e., time of Defendant's breach) [Docket No. 33] up to and including May 2018 (i.e., time of adjudication) [Docket No. 38] Prejudgment interest accrues at the per diem rate until the date of entry of judgment.